IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES M. LEMP and JUDITH M. DEVALL-LEMP, | ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV35 |
| v. | ) ) | |
| OCWEN LOAN SERVICING, LLC, THOMAS J. HOLTHUS, Trustee, GREEN TREE FINANCIAL SERVICING, CONSECO FINANCE SERVICING, GREEN TREE SERVICING, LLC, QUALITY LOAN SERVICING CORP., and MTGLQ INVESTORS, LP, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on plaintiffs' motion to dismiss defendant Ocwen Loan Servicing, LLC, Filing No. 38. The plaintiffs inform the court that they have settled their claims against that defendant. Accordingly,

IT IS ORDERED that:

1. Plaintiffs' motion to dismiss defendant Ocwen Loan Servicing, LLC, Filing No. 38, is granted.

2. Plaintiffs' claims against defendant Ocwen Loan Servicing, LLC, are dismissed, without prejudice, each party to pay its own costs.

DATED this 22nd day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge