IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 AUG 26  PM 4: 48

OFFICE OF THE CLERK

| | | |
|---|---|---|
| CHARLES M. LEMP and JUDITH M. DEVALL-LEMP, | ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV35 |
| v. | ) ) ) | |
| OCWEN LOAN SERVICING, LLC, THOMAS J. HOLTHUS, Trustee, GREEN TREE FINANCIAL SERVICING, CONSECO FINANCE SERVICING, GREEN TREE SERVICING, LLC, QUALITY LOAN SERVICING CORP., and MTGLQ INVESTORS, LP, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

This matter is before the court on its own motion.  The court is advised that the terms of the

settlement between the plaintiffs and defendant Ocwen Loan Servicing, LLC, require a dismissal

with prejudice.  Plaintiffs have no objection to the entry of this order.  Accordingly,

IT IS ORDERED that:

1.    Plaintiffs' claims against defendant Ocwen Loan Servicing, LLC, are dismissed, with

prejudice, each party to pay its own costs.

DATED this 26th day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge