IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES M. LEMP and JUDITH M. DEVALL-LEMP, | ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV35 |
| v. | ) ) | |
| GREEN TREE FINANCIAL SERVICING, GREEN TREE SERVICING, LLC, and QUALITY LOAN SERVICING CORP., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on plaintiffs' motion to dismiss defendants Green Tree Financial Servicing Corporation, Green Tree Servicing, LLC, and Quality Loan Servicing Corp., Filing No. 40. The plaintiffs inform the court that they have settled their claims against those defendants. Accordingly,

IT IS ORDERED that:

1. Plaintiffs' motion to dismiss defendants Green Tree Financial Servicing Corporation, Green Tree Servicing, LLC, and Quality Loan Servicing Corp. (Filing No. 40) is granted.

2. Plaintiffs' claims against defendants Green Tree Financial Servicing Corporation, Green Tree Servicing, LLC, and Quality Loan Servicing Corp. are dismissed, without prejudice, each party to pay its own costs.

3. This action is dismissed.

DATED this 26th day of September, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge